Opinion delivered June 29, 1888.

## No. 5986.

## J. P. Robinson *v.* The State.

Local Option Law—Penalty—Charge of the Court—Case Approved.—See the opinion for an approval of the ruling of this court in Dawson's case, 25 Texas Court of Appeals, 670, to the effect that the act of March 30, 1887, amendatory of the local option law, can not affect those localities wherein the law was in operation at the time of the adoption of the said amendment, and that it can affect only those localities wherein the local option law was adopted subsequent to the date at which the said amendment took effect. This conviction was had in W. county, wherein the local option law was in force prior to the adoption of the amendatory act of March 30, 1887, notwithstanding which the trial court gave in-charge to the jury the penalty prescribed by the said amendatory act, instead of that prescribed by the general law. *Held*, error.

Appeal from the County Court of Wise. Tried below before the Hon. W. H. Bullock, County Judge.

The opinion discloses the case. The penalty assessed was a fine of twenty-five dollars and confinement in the county jail for twenty days.

*Graham & McMurray* and *Patterson & Martin,* for the appellant.

*W. L. Davidson,* Assistant Attorney General, for the State.

Hurt, Judge. This is a conviction for violating the local option law.

It appears from the record before us that the act of selling the liquor was committed on the sixth of February, 1888. The

election at which the law was adopted in and for Wise county, was held on the fourteenth day of March, 1887. The trial was had on the eleventh day of April, 1888. The act of the Legislature amending the local option law took effect March 30, 1887.

It will be seen from the above statement that the people of Wise county adopted the law as it stood before the amendments were made by the Legislature, and that the offense was committed and the trial had after such amendment had been enacted.

The court charged the penalty prescribed by the amendment of March 30, 1887. This court, at this term, has held that, when the people of a certain locality have adopted the local option law at an election held before the amendment was passed, such amendment was not intended to, and can not affect the law as it existed in such locality prior to the amendment. (See Dawson v. The State, 25 Texas Ct. App., 670.) The amended law will be in force and operate in such localities only as since its passage may, by election, adopt its provisions. This decision is decisive of this case.

Because the court erred in charging the penalty prescribed in the amended law of March 30, 1887, which amended law was not in force in Wise county, the judgment is reversed and the cause remanded to be tried under the old law.

*Reversed and remanded.*